UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TRICKETT REALTY TRUST,

    Plaintiff,

v.                                  C.A. NO.: 1:09-cv-11730-NG

BROAN-NUTONE LLC,

    Defendant.

## STIPULATION TO AMEND COMPLAINT

Pursuant to Rule 15(a)(2), of the Federal Rules of Civil Procedure, the parties hereto hereby stipulate that plaintiff may file and serve an Amended Complaint in the form attached hereto as Exhibit "A".

| TRICKETT REALTY TRUST<br>By its attorneys, | BROAN-NUTONE, LLC,<br>By its attorneys, |
|---|---|
| /s Steven K. Gerber<br>Steven K. Gerber, Esquire (PHV)<br>1900 Market Street<br>Philadelphia, PA 19103<br>(215) 665-2088 tel.<br>(215) 701-2088 fax<br>sgerber@cozen.com<br><br>Patrick Loftus, III, Esquire<br>BBO #303310<br>No. 9 Park Street<br>Suite 500<br>Boston, MA 02108<br>Tel.: 617-723-7770<br>soxdctr@aol.com | /s/ Christopher A. Duggan (with permission)<br>Christopher A. Duggan (BBO No. 544150)<br>Tamara Lee Ricciardone (BBO No. 562203)<br>Andrew D. Black (BBO No. 669839)<br>Smith & Duggan LLP<br>Lincoln North, 55 Old Bedford Road<br>Lincoln, MA 01773<br>(617) 228-4400<br>Chris.Duggan@SmithDuggan.com<br>TRicciardone@SmithDuggan.com<br>Andrew.Black@SmithDuggan.com |