UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

TRICKETT REALTY TRUST,

    Plaintiff,

v.                                                                          C.A. NO.: 1:09-cv-11730-NG

BROAN-NUTONE LLC,

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2011, I electronically filed Plaintiff's Stipulation to Amend Complaint with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

> Christopher A. Duggan
> Tamara Lee Ricciardone
> Andrew D. Black
> Smith & Duggan LLP
> Lincoln North, 55 Old Bedford Road
> Lincoln, MA 01773
> Attorneys for Defendants

    TRICKETT REALTY TRUST
    By its attorneys,

    /s Steven K. Gerber
    Steven K. Gerber, Esquire (PHV)
    1900 Market Street
    Philadelphia, PA 19103
    (215) 665-2088 tel.
    (215) 701-2088 fax
    sgerber@cozen.com

    Patrick Loftus, III, Esquire
    BBO #303310
    No. 9 Park Street
    Suite 500
    Boston, MA 02108
    Tel.: 617-723-7770
    soxdctr@aol.com